Jeffrey A. Lindenbaum, Collen IP, Ossining, NY, argued for appellants. Also represented by Jess M. Collen.

Mary Beth Walker, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by Christina Hieber, Thomas L. Casagrande, Nathan K. Kelley.

PROST, Chief Judge, BRYSON and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

SAMSUNG ELECTRONICS
CORPORATION, LTD.,
Appellant

v.

CCP SYSTEMS AG, Cross–Appellant.

Nos. 2014–1401, 2014–1402.

United States Court of Appeals,
Federal Circuit.

April 17, 2015.

David L. McCombs, Haynes & Boone, LLP, Richardson, TX, argued for appellant. Also represented by Debra Janece McComas, Dallas, TX.

Brian Robert Matsui, Morrison & Foerster LLP, Washington, DC, argued for cross-appellant. Also represented by Mehran Arjomand, Los Angeles, CA.

NEWMAN and LOURIE, Circuit Judges.*

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

MAGNETAR TECHNOLOGIES CORP., a Nevada Corporation, G. & T Conveyor Co., a Florida Corporation, Plaintiffs–Appellants,

v.

SIX FLAGS THEME PARKS INC., a Delaware Corporation, Tierco Maryland Inc., a DElaware Corporation, Busch Entertainment Corp., a Delaware Corporation, Cedar Fair LP, a Delaware Limited Partnership, Paramount Parks Inc., a Delaware Corporation, Great America LLC, an Illi-

* Circuit Judge Kathleen M. O'Malley has re-cused, and did not participate in the decision.

nois Company, KKI, LLC, a Delaware Company, Magic Mountain, LLC, a California Company, Park Management Corp., a California Corporation, Riverside Park Enterprises, Inc., a Massachusetts Company, Six Flags Over Georgia II, L.P., a Delaware Partnership, Six Flags St. Louis, LLC, a Missouri Company, Texas Flags, LTD., a Texas Partnership, Astroworld, L.P., a Delaware Partnership, Darien Lake Theme Park and Camping Resort, Inc., a New York Corporation, Elitch Gardens, L.P., a Colorado Partnership, Knott's Berry Farm, a California Partnership, Kings Island Company, a Delaware Corporation, Cedar Fair, an Ohio Partnership, Defendants–Appellees.

No. 2014–1776.

United States Court of Appeals, Federal Circuit.

April 17, 2015.

Joseph N. Hosteny, III, Niro, Haller & Niro, Chicago, IL, argued for plaintiffs-appellants.

Matthew B. Lowrie, Foley & Lardner LLP, Boston, MA, argued for defendants-appellees. Also represented by Aaron W. Moore, Lucas I. Silva.

NEWMAN, LOURIE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Anthony W. DEDRICK, Claimant–Appellant

v.

Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2014–7082.

United States Court of Appeals, Federal Circuit.

April 17, 2015.

Kenneth M. Carpenter, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant. Also represented by Virginia A. Girard–Brady, Jamie Marie Atwood, ABS Legal Advocates, P.A., Lawrence, KS.

Jane C. Dempsey, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.; Y. Ken Lee, Christina Lynn Gregg, Brian D. Griffin, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.